```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 06634
   RICHARD O BRADLEY
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2174

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/20/2004 and was confirmed 06/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/07/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AMERIQUEST MORTGAGE        CURRENT MORTG         .00             .00            .00
AMERIQUEST MORTGAGE        NOTICE ONLY    NOT FILED              .00            .00
AMERIQUEST MORTGAGE        MORTGAGE ARRE    7673.88              .00        7673.88
C1 PROFESSIONAL TRAINING   UNSEC W/INTER  NOT FILED              .00            .00
CAPITAL ONE BANK           UNSEC W/INTER     649.32            71.92         649.32
CITY OF CHICAGO PARKING    UNSEC W/INTER     380.00            48.18         380.00
DIRECT TV                  UNSEC W/INTER  NOT FILED              .00            .00
ENTERTAINMENT WEEKLY       UNSEC W/INTER  NOT FILED              .00            .00
PREMIER BANCARD CHARTER    UNSEC W/INTER     373.88            47.25         373.88
ECAST SETTLEMENT CORP      UNSEC W/INTER    2159.23           273.23        2159.23
ECAST SETTLEMENT CORP      UNSEC W/INTER     301.16            38.13         301.16
MTI IL                     UNSEC W/INTER  NOT FILED              .00            .00
AT & T BANKRUPCTY          UNSEC W/INTER  NOT FILED              .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    1154.14           146.00        1154.14
SPORTS ILLUSTRATED         UNSEC W/INTER  NOT FILED              .00            .00
CHICAGO SUN TIMES          UNSEC W/INTER  NOT FILED              .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY      2,300.00                        2,300.00
TOM VAUGHN                 TRUSTEE                                            850.28
DEBTOR REFUND              REFUND                                              16.74

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              16,483.34

PRIORITY                                           .00
SECURED                                       7,673.88
UNSECURED                                     5,017.73
   INTEREST                                     624.71
ADMINISTRATIVE                                2,300.00
TRUSTEE COMPENSATION                            850.28

              PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 06634 RICHARD O BRADLEY
```

```
DEBTOR REFUND                                                      16.74
                                         ---------------    ---------------
TOTALS                                          16,483.34          16,483.34
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
    Dated: 05/27/08                 _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE